# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 4, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

       In Re:   Daniel Janki
                 Chapter 13 Bankruptcy
                 Case No.5-16-04407

Dear Sir/Madam:

    I have received returned mail for **Daniel Janki, the debtor** in the above captioned bankruptcy. The incorrect address the mail was sent to was : 27 W LOUIS PLACE ISLEN, NJ 08830-1107.Please be advised the correct information is as follows:

                DANIEL JANKI
                317 MOHANSIC LANE
               TOBYHANNA, PA 18466

I served the Original Plan to the above address on (Jan. 5, 2017).Please correct the mailing matrix.

    Thank you for assistance in this matter.

             Very truly yours,

             /s/ Tullio DeLuca, Esquire

TD/th