```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 16-04407-JJT
Daniel Janki                                                      Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5        User: MMchugh              Page 1 of 2        Date Rcvd: Sep 13, 2017
                            Form ID: ordsmiss          Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
```
db              +Daniel Janki,    317 Mohansic Lane,    Tobyhanna, PA 18466-8061
4848457         +DIPA JANKI,    27 W LOUIS PLACE,    ISLEN, NJ 08830-1107
4848461         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4848464         +MONROE COUNTY DOMESTIC RELATIONS,    610 MONROE ST., STE 110,    STROUDSBURG, PA 18360-2280
4848465          Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
4848466         +Phelan Hallinan Diamond & Jones, LLP,    One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,
                  Philadelphia, PA 19103-1814
4848467         +Pocono Farms Country Club Assoc. Inc.,    182 Lake Rd.,    Tobyhanna, PA 18466-8033
4870790          Pocono Farms Country Club Assoc. Inc.,    7000 Lake Rd - 182 Lake Rd.,    Tobyhanna, PA 18466
4928940         +Pocono Farms Country Club Association, Inc.,    182 Lake Rd,    aka 7000 Lake Rd,
                  Tobyhanna PA 18466-8033
4848470          Rushmore Loan Management Services,    Customer Service Department,    P.O. Box 55004,
                  Irvine, CA 92619-5004
4894549         +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
4848471          State of New Jersey,    Motor Vehicle Violations , Surcharge Sys,    P.O. Box 4850,
                  Trenton, NJ 08650-4850
4848472         +Trident Asset Management,    P.O. Box 888424,    Atlanta, GA 30356-0424
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4848451          EDI: HNDA.COM Sep 13 2017 19:03:00      American Honda Finance,    20800 MADRONA AVE,
                  TORRANCE, CA 90503
4848452         +EDI: CAPITALONE.COM Sep 13 2017 19:03:00      Capital One,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
4848453         +E-mail/Text: bankruptcy@cavps.com Sep 13 2017 19:01:34      Cavalry Portfolio Services,
                  500 Summit Lake Dr. Ste 4A,    Valhalla, NY 10595-2323
4879865         +E-mail/Text: bankruptcy@cavps.com Sep 13 2017 19:01:34      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4848454          EDI: CRFRSTNA.COM Sep 13 2017 19:03:00      Credit First National Assoc.,    P.O. Box 81315,
                  Cleveland, OH 44181-0315
4848455         +EDI: RCSFNBMARIN.COM Sep 13 2017 19:03:00      CreditOne,    P.O. Box 98873,
                  Las Vegas, NV 89193-8873
4848458          EDI: AMINFOFP.COM Sep 13 2017 19:03:00      First Premier Bank,    P.O. Box 5524,
                  Sioux Falls, SD 57117-5524
4848459          EDI: IRS.COM Sep 13 2017 19:03:00      Internal Revenue Service,    Special Procedures Branch,
                  PO Box 7346,    Philadelphia, PA 19101-7346
4848460          EDI: JEFFERSONCAP.COM Sep 13 2017 19:04:00      Jefferson Capital Systems,    16 McLeland Road,
                  Saint Cloud, MN 56203
4848462         +EDI: MID8.COM Sep 13 2017 19:03:00      Midland Credit Management, Inc.,
                  as agent for Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
4848463         +EDI: MID8.COM Sep 13 2017 19:03:00      Midland Funding, LLC,    2365 Northside Drive, Ste. 300,
                  San Diego, CA 92108-2709
4867218         +E-mail/Text: MKnitter@monroecountypa.gov Sep 13 2017 19:01:32
                  Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4848468          EDI: PRA.COM Sep 13 2017 19:03:00      Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                  Norfolk, VA 23502
4894420          EDI: PRA.COM Sep 13 2017 19:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
4858155         +EDI: PRA.COM Sep 13 2017 19:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
4848469         +E-mail/Text: Supportservices@receivablesperformance.com Sep 13 2017 19:01:41
                  Receivables Performance Mgmt,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
                                                                                               TOTAL: 16
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4848456*        +Daniel Janki,    317 Mohansic Lane,    Tobyhanna, PA 18466-8061
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                             Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          Tullio  DeLuca    on behalf of Debtor Daniel   Janki tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Daniel Janki | Chapter 13 |
| **Debtor(s)** | Case No. 5:16−bk−04407−JJT |

**Order**

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: September 13, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk